WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Alson Joe Smith,<br>               Defendant. | No. 13-04166PO-001-PCT-DKD<br><br>**ORDER** |

    The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing was submitted on the record including a proffer by defense counsel. The Court finds probable cause to believe the defendant violated the terms of his unsupervised probation as alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that he is not a danger.

    IT IS ORDERED the defendant shall be bound over for further proceedings on the petition to revoke his unsupervised probation.

    IT IS FURTHER ORDERED the defendant is detained as a danger pending further revocation proceedings.

    Dated this 14th day of June, 2016.

*Bridget S. Bade*
Bridget S. Bade
United States Magistrate Judge